JOHN K. LY (SBN 247477)
Email: jly@lianglyllp.com
JENNIFER L. CHOR (SBN 352577)
Email: jchor@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone:  (213) 262-8000
Facsimile:   (213) 335-7776

*Attorneys for Plaintiffs Goopal Digital Limited
and Vivian Liu*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOPAL DIGITAL LIMITED, a British Virgin Island company; and VIVIAN LIU, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> FRED JIN, an individual; BRAD BAO, an individual; MAREN SCHWARZER, an individual; XIN JIN, an individual; MARTIJN BROERSMA, an individual; FRANCOIS GRANADE, an individual; CEREBELLUM NETWORK INC., a Delaware corporation; INTERDATA NETWORK LTD., a British Virgin Islands company; CEF AI INC., a Delaware company; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 26-CV-00857-LJC <br><br> *[Assigned to the Hon. Lisa J. Cisneros]* <br><br> ~~[[PROPOSED]~~ **ORDER TO MODIFY PLAINTIFFS' DEADLINE TO FILE AMENDED COMPLAINT, MODIFY DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING, AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Having read and considered the parties' Stipulation to Modify Plaintiffs' Deadline to File Amended Complaint, Modify Defendants' Deadline to File Responsive Pleading, and Continue Initial Case Management Conference, the Court hereby orders as follows:

**IT IS HEREBY ORDERED** that:

1.    Plaintiffs Goopal Digital Ltd. and Vivian Liu shall have until April 30, 2026 to file a First Amended Complaint;

2.    Defendants Fred Jin, Brad Bao, Maren Schwarzer, Xin Jin, Martijn Broersma, Francois Granade, Cerebellum Networks Inc., Interdata Network Ltd., and CEF AI Inc. shall have thirty (30) days to file a responsive pleading from the date of Plaintiffs' filing of a First Amended Complaint; and

3.    In the interests of saving judicial time and resources, the Initial Case Management Conference and all associated deadlines shall be continued to a date after Defendants' filing of a responsive pleading, _____**June 25**___, 2026.

**The parties shall comply with Civil Local Rule 5-1(i)'s attestation requirement for filings with multiple signatories going forward.**

IT IS SO ORDERED.

DATED:   April 17, 2026

_____
Honorable Lisa J. Cisneros

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

-1-
ORDER