UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VIVIAN LIU, an individual, | Case No. 3:26-cv-00857-LJC |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT UNTIL RESOLUTION OF DEFENDANTS' FORTHCOMING PETITION TO COMPEL ARBITRATION AND TO STAY ACTION |
| v. | |
| FRED JIN, an individual; BRAD BAO, an individual; MAREN SCHWARZER, an individual; XIN JIN, an individual; MARTIJN BROERSMA, an individual; FRANCOIS GRANADE, an individual; CEREBELLUM NETWORKS INC., a Delaware corporation; INTERDATA NETWORK LTD, a British Virgin Island company; CEF AI INC., a Delaware company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Having read and considered the parties' Stipulation for Extension of Time to Respond to Plaintiff's Amended Complaint Until Resolution of Defendants' Forthcoming Petition to Compel Arbitration and to Stay Action, the Court hereby orders as follows:

**IT IS HEREBY ORDERED that:**

1.      Defendants shall have until June 15, 2026 to file a Petition to Compel Arbitration and to Stay the Action ("Arbitration Petition");

2.      In the event this Action is not stayed, Defendants shall have until 30 days after this Court issues a final order on Defendants' Arbitration Petition to respond to Plaintiff's

Case No. 3:26-cv-00857-LJC

PROPOSED ORDER

23058587.2

FAC; and

3.     In the interests of saving judicial time and resources, the Initial Case Management Conference and all associated deadlines shall be continued to a date after Defendants' responsive pleading deadline. The CMC will be held on September 24, 2026 at 1:30pm.

**IT IS SO ORDERED.**

Dated:     May 15, 2026                                   

Honorable Lisa J. Cisneros

Case No. 3:26-cv-00857-LJC

23058587.2

~~PROPOSED~~ ORDER _____