UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOPAL DIGITAL LIMITED, et al., | Case No.  26-cv-00857-LJC |
| Plaintiffs, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| FRED JIN, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Interdata Network, Inv. et al v. Wang et al*, 25-cv-3798-JD and *Wang v. Jin et al*, 26-cv-03111-JD.

**IT IS SO ORDERED.**

Dated: July 9, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California